```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24108
   DAVID EDWARD GIVENS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-1828


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/21/07 .

    2.  The case was dismissed without confirmation, 04/25/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
FREEMONT INVESTMENT & LO  CURRENT MORTG            .00            .00            .00
FREEMONT INVESTMENT & LO  MORTGAGE ARRE  NOT FILED               .00            .00
BENEFICIAL                SECURED                  .00            .00            .00
BENEFICIAL                MORTGAGE ARRE  NOT FILED               .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC            .00            .00            .00
CITIFINANCIAL             SECURED VEHIC            .00            .00            .00
KENDALL COUNTY COLLECTOR  SECURED                  .00            .00            .00
AMERICAN COLLECTION       UNSECURED      NOT FILED               .00            .00
AQUATIC VISION            UNSECURED      NOT FILED               .00            .00
ASSOCIATES                UNSECURED      NOT FILED               .00            .00
BENJAMIN & WILLIAMS       UNSECURED      NOT FILED               .00            .00
CHASE MANHATTAN BANK USA  UNSECURED      NOT FILED               .00            .00
CITIBANK                  UNSECURED      NOT FILED               .00            .00
THE CHICAGO DEPT OF REVE  UNSECURED      NOT FILED               .00            .00
DEHHAN & BACH             UNSECURED      NOT FILED               .00            .00
DIRECTV                   UNSECURED      NOT FILED               .00            .00
DREYER MEDICAL CLINIC     UNSECURED      NOT FILED               .00            .00
EMERGENCY TREATMENT SC    UNSECURED      NOT FILED               .00            .00
ENTERPRISE                UNSECURED      NOT FILED               .00            .00
FOX VALLEY CARDIOLOGY     UNSECURED      NOT FILED               .00            .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID

GENERAL ELECTRIC CAPITAL  UNSECURED      NOT FILED               .00            .00
KANE COUNTY STATES ATTOR  UNSECURED      NOT FILED               .00            .00
MAGAZINE SERVICES OF AME  UNSECURED      NOT FILED               .00            .00
MIDWEST POWER CORP        UNSECURED      NOT FILED               .00            .00
RUSH COPLEY               UNSECURED      NOT FILED               .00            .00
SCOTT EYE CARE            UNSECURED      NOT FILED               .00            .00
THE AUTO CLUB GROUP       UNSECURED      NOT FILED               .00            .00
TRUGREEN CHEM LAWN        UNSECURED      NOT FILED               .00            .00
VALLEY IMAGING CONSULTAN  UNSECURED      NOT FILED               .00            .00
WEST ASSET MANAGEMENT     UNSECURED      NOT FILED               .00            .00
           Summary of disbursements:
```

```
                          SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00           .00          .00           .00            .00
PRINCIPAL PAID                .00           .00          .00           .00            .00
INTEREST PAID                 .00           .00          .00           .00            .00
TOTAL PAID                    .00           .00          .00           .00            .00
```
The Debtor's attorney, LEEDERS & ASSOC LTD            , was allowed $   3500.00
and was paid $    1005.00   direct and $       .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 24108 DAVID EDWARD GIVENS